UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00161
    THOMAS R AUGUSTYNIAK
    CINDY A AUGUSTYNIAK                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-7348    SSN XXX-XX-1969

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/04/2005 and was confirmed 03/10/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/19/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | 4000.00 | 325.39 | 3873.16 |
| FORD MOTOR CREDIT | UNSECURED | 495.00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 6000.00 | 488.05 | 5809.89 |
| HSBC AUTO FINANCE | UNSECURED | 1776.19 | .00 | .00 |
| US BANK HOME MORTGAGE | CURRENT MORTG | 55353.82 | .00 | 55353.82 |
| US BANK HOME MORTGAGE | MORTGAGE ARRE | 15458.38 | .00 | 13845.95 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4673.42 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 4,873.74 |
| DEBTOR REFUND | REFUND | | | 1,500.00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 88,770.00

PRIORITY                                        .00
SECURED                                     78,882.82
    INTEREST                                   813.44
UNSECURED                                       .00
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        4,873.74
DEBTOR REFUND                               1,500.00
                      ---------------      ---------------
TOTALS                 88,770.00            88,770.00

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 00161 THOMAS R AUGUSTYNIAK & CINDY A AUGUSTYNIAK

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/25/08                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE